<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7745**

---

JOSHUA BERNARD JOHNS,

                                        Plaintiff - Appellant,

        versus

MR. SMITH, Record for Bed Assignment; MR.
SCOTT, Security Officer Captain,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-01-1270-AM)

---

Submitted:  March 6, 2003          Decided:  March 13, 2003

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joshua Bernard Johns, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joshua Bernard Johns appeals the district court's order dismissing without prejudice his action under 42 U.S.C. § 1983 (2000), for failure to pay the partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Johns v. Smith, No. CA-01-1270-AM (E.D. Va. filed Oct. 28, 2002; entered Oct. 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2